UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JILL SEVERE,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 5:21-CV-00842-OLG |
| LOWE'S HOME CENTERS, LLC &<br>DIVERSIFIED MAINTENANCE, INC.,<br>Defendants. | §<br>§<br>§ | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND JOIN DEFENDANT DIVERSIFIED MAINTENANCE, INC.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** JILL SEVERE, Plaintiff in the above-referenced and numbered cause, and files this Motion for Leave to File Amended Complaint and Join Defendant DIVERSIFIED MAINTENANCE, INC., and in support thereof would respectfully show as follows:

I.   **BACKGROUND**

Plaintiff, JILL SEVERE, sued Defendant, LOWE'S HOME CENTERS, LLC ("LOWE'S"), for personal injuries and damages sustained on or about October 12, 2020 while she was a customer on a premise under the ownership and control of LOWE'S.

Plaintiff's Original Petition was filed on July 19, 2021 in the 166th District Court in Bexar County, Texas (Doc. 1-1). On August 26, 2021, Defendant, LOWE'S, filed its answer to the lawsuit. LOWE'S proceeded to file its Notice of Removal on September 3, 2021 (Doc. 1). On October 26, 2021, Honorable Judge Orlando Garcia signed and entered the relevant scheduling order including a

deadline for all parties to file motions to amend or supplement pleadings or to join additional parties by Friday, April 22, 2022 (Doc. 9).

Defendant, LOWE'S, timely served its required disclosures pursuant to Federal Rule of Civil Procedure 26 on November 3, 2021 and represented Minerva Cantu, the individual who cleaned the area in which Plaintiff, JILL SEVERE, slipped and suffered injury, as an employee of Lowe's Home Centers (*see* Exhibit A). On June 2, 2022, LOWE'S served its First Supplemental Rule 26 Disclosures and represented Minerva Cantu as an employee of Diversified Maintenance (*see* Exhibit B). The following day, counsel for Plaintiff and LOWE'S mutually agreed to allow an amendment to Plaintiff's current pleadings to add Diversified Maintenance as a defendant to this lawsuit (*see* Exhibit C).

## II.   ARGUMENTS & AUTHORITIES

It is a well-established policy of the Federal Rules that the plaintiff is to be given every opportunity to state a claim. *Hitt v. City of Pasadena*, 561 F.2d 606, 608 (5th Cir. 1977). Unless the opposing counsel can exhibit prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182-83 (1962). Leave to amend should be freely given when justice so requires and the Rules allow a pleading to be amended once before trial as a matter of course. Fed. R. Civ. P. 15(a)(2); *Lyn-Lea Travel Corp. v. American Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002).

Plaintiff attaches her Amended Complaint as "Exhibit D" to this Motion. The amendment will not cause undue delay in the proceeding as trial is not set until January 30, 2023 (Doc. 9). Further, Plaintiff has not unduly delayed this matter in any way by way of this motion in seeking amendment. The Federal Rules provides Plaintiff leave to file an amended petition with the opposing party's written consent or leave of court. Fed. R. Civ. P. 15(a)(2). Courts are inclined to allow an amendment

in response to a Rule 15 motion. Moreover, this matter is still within the statute of limitations period. There have been no prior amendments; thus, there is no repeated failure to cure any deficiencies by prior amendment. *Foman*, 371 U.S. at 182. Under Rule 19(a)(1), Diversified Maintenance, Inc. is a necessary party to the present cause of action without whom the Court would be unable to accord complete relief among the existing parties. Fed. R. Civ. P. 19(a)(1).

### III.    CONCLUSION

Plaintiff has not, prior to the filing of this motion, amended her complaint, but requests leave to do so in response to Defendant's mutual agreement to the amendment of Plaintiff's complaint. Plaintiff's amended complaint serves to include within the cause of action additional defendants who are necessary to be joined under Rule 19(a)(1).

For these reasons, Plaintiff respectfully requests that her Motion for Leave to file Plaintiff's Amended Complaint and Join Defendant DIVERSIFIED MAINTENANCE, INC. be **GRANTED** by this Honorable Court.

Respectfully submitted,

**LAW OFFICES OF THOMAS J. HENRY**
P.O. Box 696025
San Antonio, Texas 78269
Phone: (210) 656-1000
Fax: (361) 985-0601

**BY:** _____
**JON W. CAPPO**
BAR NO. 24115018
*email: jcappo-svc@tjhlaw.com
**ATTORNEY FOR PLAINTIFF**
* service by email to this address only

**CERTIFICATE OF CONFERENCE**

The undersigned certified that on June 3, 2022, counsel for Plaintiff and counsel for Defendant mutually agreed, in writing, to allow an amendment to the Plaintiff's current pleadings to add Diversified Maintenance as a Defendant to this lawsuit.

_____
Jon W. Cappo

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing instrument has been sent by Regular Mail, Certified Mail Return Receipt Requested, Facsimile, Hand-Delivery, and/or Electronic Mail to the following on this, the 13th day of June, 2022.

**VIA E-Service:** DLewis@mayerllp.com
Dwayne Lewis
Mayer LLP
750 N. Saint Paul Street
Suite 700
Dallas, Texas 75201
Phone: 214-379-4332

_____
Jon W. Cappo