**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

<table>
<tr><td>

**JILL SEVERE,**

*Plaintiff,*

v.

**LOWE'S HOME CENTERS, LLC,
DIVERSIFIED MAINTENANCE, INC.,
and VALLEY INDOOR COMMERCIAL
FLOOR CARE, LTD. CO.,**

*Defendants.*

</td><td>

§
§
§
§
§
§
§
§
§
§
§
§
§
§

</td><td>

**CASE NO. 5:21-cv-00842-OLG
JURY TRIAL DEMANDED**

</td></tr>
</table>

**FILED**
September 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

## ORDER OF DISMISSAL WITH PREJUDICE

**ON THIS DAY** came on to be heard the above-entitled and numbered cause, and the Court after consideration of the pleadings on file, and the evidence presented, finds that it has jurisdiction over the parties and subject matter of this cause.

It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that any and all claims and causes of action made by Plaintiff JILL SEVERE against Defendants, LOWE'S HOME CENTERS, LLC, DIVERSIFIED MAINTENANCE, INC., AND VALLEY INDOOR COMMERCIAL FLOOR CARE, LTD. CO. are hereby dismissed with Prejudice to the re-filing of same.

It is further, **ORDERED, ADJUDGED,** and **DECREED** that all costs of court be taxed against the party incurring same.

This Order disposes of all parties and all claims and is final and appealable. All other relief not expressly provided for herein is denied.

**IT IS SO ORDERED.**

**SIGNED on this the** 21st **day of September 2023.**

_____

**UNITED STATES DISTRICT JUDGE**